Order entered November 1, 2012

004707



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00253-CV

**DEJUAN AVERY, Appellant**

**V.**

**MARILYN AVERY, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-08545**

## ORDER

The Court has before it appellant's September 21, 2012 letter regarding his amended brief. The Court **ORDERS** that appellant is not required to pay a fee for a motion for extension of time and further **ORDERS** that the amended brief tendered by appellant on September 12, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE